EDWARD SPENCER HALL, Respondent, *v.* HERTER BROTHERS, Appellant.

*Hall* v. *Herter Brothers*, 90 Hun, 280, affirmed.
(Argued October 18, 1898; decided November 22, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered November 25, 1895, upon an order affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Julius H. Seymour* for appellant.

*C. N. Bovee, Jr.*, for respondent.

Judgment and order affirmed, with costs, on opinion below.
All concur, except PARKER, Ch. J., not sitting.

---

OTTO G. SPANN et al. Respondents, *v.* THE ERIE BOATMEN's TRANSPORTATION COMPANY (Limited), Appellant.

*Span* v. *Erie Boatmen's Transportation Co.*, 15 Misc. Rep. 701, affirmed.
(Argued October 18, 1898; decided November 22, 1898.)

APPEAL from a judgment of the General Term of the late Superior Court of Buffalo, entered December 28, 1895, affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term, a jury having been waived.

*George Clinton* for appellant.

*Moses Shire* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.